In the Matter of the Construction of the Will of ASHER B. HALLOCK, Deceased. FRED A. GILOTH, as Executor of FLORENCE Y. GILOTH, Deceased, Respondent; FRANK D. HALLOCK, Appellant.

Argued January 3, 1956; decided February 9, 1956.

*Pierre G. Lundberg, Syrena H. Stackpole* and *Reginald C. Smith* for appellant.

*David H. Gilmartin* and *James R. Caruso* for respondent.

Decree affirmed, with costs to both parties payable out of the estate. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.